UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ISMAEL TORRES CABRAL                 CIVIL DOCKET NO. 1:26-CV-0959

VERSUS                               JUDGE DAVID C. JOSEPH

BRIAN ACUNA ET AL                    MAGISTRATE JUDGE CAROL B.
                                     WHITEHURST

## ORDER

Considering Petitioner Ismael Torres Cabral's MOTION TO VOLUNTARY DISMISS

HABEAS PETITION (the "Motion") [Doc. 7];

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS

[Doc. 1] filed by Petitioner Ismael Torres Cabral is hereby DISMISSED WITHOUT

PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 12th day of May 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE